# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIK M. GOODWIN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>Defendant. | Case No.: 1:20-cv-02690-JMS-DLP |

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS INC.

Comes now Plaintiff Erik Goodwin, by and through undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled with Defendant Experian Information Solutions Inc. ("Experian"). Plaintiff further states:

1. Plaintiff is Erik Goodwin; Defendant is Experian Information Solutions, Inc.

2. Plaintiff sued Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*.

3. This case was removed to federal court on October 15, 2020 (Doc. 1).

4. Plaintiff Erik Goodwin reached a settlement in principle with Defendant Experian on March 31, 2021.

5. Plaintiff anticipates filing a Notice of Dismissal of Defendant Equifax within 60 days.

Dated:  April 1, 2021

*Respectfully submitted,*

By: /s/ Samuel E. Miller
A.J. Stecklein          #16330
Michael H. Rapp         #25702
Samuel E. Miller        #28843
STECKLEIN & RAPP, CHARTERED
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
       MR@KCconsumerlawyer.com
       SM@KCconsumerlawyer.com

and

John T. Steinkamp
JOHN T. STEINKAMP & ASSOCIATES
5214 South East Street, Suite D1
Indianapolis, Indiana 46227
Telephone: 317-780-8300
Facsimile: 317-217-1320
Email: john@johnsteinkampandassociates.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed on April 1, 2021, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                                /s/ Samuel E. Miller
                                                Attorney for Plaintiff