# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIK M. GOODWIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:20-cv-02690-JMS-DLP |

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT

Plaintiff Erik M. Goodwin and Defendant Experian Information Solutions, Inc., by and through counsel, having filed a Stipulation of Dismissal with Prejudice of Defendant, and the Court, being duly advised, now finds that the same should be GRANTED [37].

IT IS, THEREFORE, ORDERED that the claims of Plaintiff Erik M. Goodwin against Defendant Experian Information Solutions, Inc. are dismissed with prejudice. Plaintiff Erik M. Goodwin and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: 4/27/2021

*Hon. Jane Magnus-Stinson, Judge*
*United States District Court*
*Southern District of Indiana*

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.